NEWPORT TRIAL GROUP
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
  sferrell@trialnewport.com
Richard H. Hikida, Bar No. 196149
  rhikida@trialnewport.com
David W. Reid, Bar No. 267382
  dreid@trialnewport.com
Victoria C. Knowles, Bar No. 277231
  vknowles@trialnewport.com
4100 Newport Place Drive, Suite 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff
BRIAN MCKNIGHT

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MCKNIGHT, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAPELLA HOTEL GROUP, LLC, a Delaware limited liability company; ADVANTAGE RESERVE, LLC, a Delaware limited liability company, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.  3:13 CV 2360 BTM WVG<br><br>**JOINT MOTION AND STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Filed: October 1, 2013 |

**JOINT MOTION AND STIPULATION OF VOLUNTARY DISMISSAL**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Brian McKnight, by and through his undersigned counsel, and Defendant Advantage Reserve, LLC ("Defendant"), by and through its undersigned counsel, do hereby jointly move, stipulate and agree to a voluntary dismissal with prejudice of all claims asserted against Defendant in the above-styled action. Each party agrees to bear their own attorneys' fees and costs.

Defendant Capella Hotel Group, LLC has not filed or served an answer or motion for summary judgment in this action and should therefore be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: January 29, 2014  By:  */s/ Scott J. Ferrell*
Scott J. Ferrell, Esq.
NEWPORT TRIAL GROUP
4100 Newport Place, Suite 800
Newport Beach, CA 92660
Tel: (949)706-6464
sferrell@trialnewport.com

*Attorneys for Plaintiff*

Dated: January 29, 2014  By:  */s/ Edward D. Totino*
Edward D. Totino, Esq.
edward.totino@dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars,
Suite 400 North Tower
Los Angeles, California 90067-4704

*Attorneys for Defendant Advantage Reserve, LLC*

- 1 -
JOINT MOTION AND STIPULATION OF VOLUNTARY DISMISSAL       13CV2360-BTM-WVG

# CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2014, I electronically filed the foregoing **JOINT MOTION AND STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

  /s/Scott J. Ferrell
Scott J. Ferrell